RICHARD ROLLINS, Respondent, *v.* PATRICK FARLEY, Appellant.

(Argued October 9, 1885; decided October 27, 1885.)

THIS action was brought to recover damages for injuries to plaintiff's building, caused by an explosion of dynamite cartridges, which were being used by defendant for blasting purposes. Plaintiff claimed that the cartridges were negligently placed in contact with a hot steampipe which ignited them and caused the explosion. The question on the appeal was simply as to whether the evidence was sufficient to sustain the verdict of the jury.

*Edward P. Wilder* for appellant.

*John P. Reed* for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.

---

ANDREW H. H. DAWSON, Respondent, *v.* GEORGE SLOANE, Appellant.

(Argued October 9, 1885; decided October 27, 1885.)

*Anthony R. Dyett* for appellant.

*Andrew H. H. Dawson*, respondent, in person.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.